**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

**KYLE SPUHLER and NICHOLE SPUHLER,**
on behalf of themselves and all others
similarly situated,

    **Plaintiffs,**

  v.                                                             **Case No. 16-CV-1149**

**STATE COLLECTION SERVICES, INC.,**

    **Defendant.**

**DECISION AND ORDER ON DEFENDANT'S EXPEDITED NON-DISPOSITIVE MOTION TO STAY BRIEFING AND PLAINTIFFS' EXPEDITED NON-DISPOSITIVE MOTION FOR EXTENSION OF TIME**

On December 22, 2017, I granted in part and denied in part State Collection's motion for summary judgment in this case. (Docket # 84.) State Collection has filed a motion for reconsideration or alternatively, to certify the order for interlocutory appeal. (Docket # 88.)

The plaintiffs have filed a motion to approve their proposed class notice (Docket # 87.) State Collection opposes the plaintiffs' motion and asks the court to adopt its proposed class notice. (Docket # 92.) State Collection further asks to stay briefing on the plaintiffs' motion for class approval given the pending motion for reconsideration. (Docket # 91.) The plaintiffs argue that State Collection's motion to stay briefing on its motion for class approval is moot given the fact State Collection has filed a response. (Docket # 94.)

Although State Collection has already filed a response to the plaintiffs' motion to approve their proposed class notice, I agree that the plaintiffs' proposed notice may either

change or become unnecessary in light of State Collection's reconsideration motion. Thus, I will stay the plaintiffs' motion to approve class notice until State Collection's motion for reconsideration is resolved.

The plaintiffs have also requested an extension of time until March 2, 2018 to respond to State Collection's reconsideration motion. The plaintiffs' motion is granted.

**ORDER**

**NOW, THEREFORE, IT IS ORDERED** that State Collection's motion to stay the plaintiffs' motion for approval of class notice (Docket # 91) is **GRANTED**.

**IT IS FURTHER ORDERED** that the plaintiffs' motion for an extension of time (Docket # 93) is **GRANTED**.

Dated at Milwaukee, Wisconsin this 19th day of January, 2018.

BY THE COURT

*s/Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge