UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Kyle Spuhler and Nichole Spuhler, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>State Collection Service, Inc.,<br><br>Defendant. | Court File No. 16-cv-1149-NJ<br><br><br><br>**STIPULATION REGARDING DEFENDANT'S NET WORTH FOR PURPOSE OF DETERMINING CLASS DAMAGES** |

IT IS HEREBY STIPULATED AND AGREED, by and between all parties, through their respective undersigned attorneys, that for the sole purpose of determining class damages in the above-entitled action defendant State Collection Service, Inc.'s net worth is $2,286,869.00 (*i.e.*, the class damages are $22,868.69 pursuant to 15 U.S.C. § 1692k(a)(2)(B)).

**DELADURANTEY LAW OFFICE, LLC**

Dated: November 9, 2018

By /s/ Nathan E. DeLadurantey
Nathan E. DeLadurantey (#1063937)
330 S. Executive Drive, Suite 109
Brookfield, WI 53005
Telephone: (414) 377-0515
Facsimile: (414) 755-0860
nathan@dela-law.com

*Attorneys Plaintiffs*

**BASSFORD REMELE**
*A Professional Association*

Dated: November 9, 2018

By /s/ Patrick D. Newman
Patrick D. Newman (MN #395864)
100 South Fifth Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone: (612) 333-3000
Facsimile: (612) 333-8829
pnewman@bassford.com

*Attorneys for Defendant*