# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**KYLE SPUHLER and NICHOLE SPUHLER,**
on behalf of themselves and all others
similarly situated,

    Plaintiffs,

  v.                                          Case No. 16-CV-1149

**STATE COLLECTION SERVICES, INC.,**

    Defendant.

## ORDER

On July 31, 2019, judgment was entered in favor of the plaintiffs and against the defendant as to the plaintiffs' 15 U.S.C. § 1692e and § 1692f claim that the collection letter was misleading because it failed to provide notice of accruing interest. State Collection appealed, and the United States Court of Appeals for the Seventh Circuit found that the plaintiffs failed to show that they suffered a concrete injury from the challenged conduct; thus, they lacked standing to sue based on the letters' lack of a statement about interest. (Docket # 165.) The Seventh Circuit vacated the judgment entered in favor of the plaintiffs and remanded this case for further proceedings consistent with its opinion.

Based upon the decision of the Seventh Circuit vacating this Court's judgment dated July 31, 2019 entering judgment in favor of the plaintiffs, **IT IS HEREBY ORDERED** that the judgment entered in favor of the plaintiffs is **VACATED**. As the plaintiffs lack standing to bring their claims, the plaintiffs' claims are dismissed for lack of subject-matter jurisdiction. The Clerk of Court will enter judgment accordingly.

Dated at Milwaukee, Wisconsin this 7th day of January, 2021.

BY THE COURT

_____
NANCY JOSEPH
United States Magistrate Judge